Roberta M. Elkins, Appellant, v. Joseph Kopp and Maurice J. Greenbaum, d/b/a Jam Inn, Prudential Insurance Co., Kerbel Restaurant, Inc., and Lakeview Charitable Foundation, Appellees.

Gen. No. 47,794.

First District, Second Division.
December 31, 1959.
Released for publication January 19, 1960.

Heller and Morris, for appellant; Brody and Gore, for Joseph Kopp, Maurice Greenbaum, and Prudential Insurance Company, Price, Roddy, and Schlager (Kenneth H. Taylor, of counsel) for Kerbel's Restaurant, Inc., and Lakeview Charitable Foundation. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.